# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUANA GUTIERREZ,

Plaintiff,

v.

TAYLOR FARMS NEW ENGLAND, INC.,
Defendant.

C.A. No. 1:26-cv-00368

## DECLARATION OF KERRY LINDSAY

I, Kerry Lindsay, declare as follows:

1.  I began working for Taylor Farms New England, Inc., ("TFNE") as its Director of Human Resources in approximately July 2021. A few months later, I became TFNE's Director of Human Resources and Safety. In mid-April 2026, I assumed regional safety responsibilities and became TFNE's Director of Human Resources and Regional Safety. I make this declaration of my own free will and based on my own personal knowledge or business records TFNE maintains in the regular course of its business.

2.  According to TFNE's personnel and payroll records, TFNE employed Juana Gutierrez as a Line Operator at its Rhode Island facility from October 12, 2020, until May 30, 2025. The last shift she worked for TFNE was on March 11, 2025.

3.  Ms. Gutierrez was an hourly employee. As of March 11, 2025, Ms. Gutierrez earned approximately $17.76 per hour. I attach a true and accurate copy of Ms. Gutierrez's March 21, 2025, paystub showing, among other things, her hourly rate and earnings through her final shift at TFNE for 2025 (i.e., $7,073.85) as Attachment 1.

1

4.        Ms. Gutierrez's year-end earnings totaled approximately (a) $39,501.70 in 2021; (b) $29,280.87 in 2022; (c) $44,102.01 in 2023; and (d) $49,522.98 in 2024. I attach true and accurate copies of Ms. Gutierrez's paystubs dated December 31, 2021, December 30, 2022, December 29, 2023, and December 27, 2024, showing her annual earnings as of those dates as Attachment 2.

I declare under penalty of perjury that the foregoing is true and accurate.

Kerry Lindsay

Dated: 6/4/26

# ATTACHMENT 1

**ÜKG**

Taylor Farms New England
320 Commerce Park Rd.
North Kingstown, RI 02852

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/09/2025 |
| Period End Date | 03/15/2025 |
| Pay Date | 03/21/2025 |
| Document | 87410 |

**Net Pay**    **$68.94**

## Pay Details

**JUANA GABRIEL GUTIERREZ**
121 WADSWORTH ST UNIT 3
PROVIDENCE, RI 02907
USA

| | | | |
|---|---|---|---|
| Employee Number | 431351 | Pay Group | TFNE Weekly |
| SSN | XXX-XX-XXXX | Location | Rhode Island - TFNE |
| Job | NE Line Operative | Department | NEPROD - NE Production |
| Pay Rate | $17.7606 | Commodity | NELN6 - NE Line 6 |
| Pay Frequency | Weekly | Listing | NEDIR - NE Direct Labor |
| | | Business Org | NEVEAS - NE Veg Assembly |

## Earnings

| Pay Type | Shi | Shift | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday Pay | | | 0.000000 | $0.0000 | $0.00 | $142.08 |
| Overtime | | | 0.000000 | $0.0000 | $0.00 | $71.93 |
| Regular Pay | 1 | | 4.400000 | $17.7614 | $78.15 | $6,859.84 |

Total Hours  4.400000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| No records found | | | | | | |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $78.15 | $0.00 | $85.36 |
| Employee Medicare | $78.15 | $1.13 | $102.57 |
| Social Security Employee Tax | $78.15 | $4.85 | $438.58 |
| RI State Income Tax | $78.15 | $2.21 | $256.61 |
| RI Disability Employee | $78.15 | $1.02 | $91.97 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Vacation | 1.5400 | 56.6600 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx6758 | Checking | $68.94 |
| Total | | $68.94 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $78.15 | $78.15 | $9.21 | $0.00 | **$68.94** |
| YTD | $7,073.85 | $7,073.85 | $975.09 | $0.00 | $6,098.76 |

vsn 20240308

# ATTACHMENT 2

## Pay Statement

**This is a statement of earnings and deductions. This pay statement is non-negotiable.**

# UKG

Taylor Farms New England
320 Commerce Park Rd.
North Kingstown, RI 02852

**Pay Statement**
**Period Start Date** 12/19/2021
**Period End Date** 12/25/2021
**Pay Date** 12/31/2021
**Document** 47640
**Net Pay** $359.39

## Pay Details

| | | | |
|---|---|---|---|
| **JUANA GABRIEL GUTIERREZ** | **Employee Number** 431351 | **Pay Group** TFNE Weekly | **Federal Income Tax** U 0 |
| 121 WADSWORTH ST UNIT 3 | **SSN** xxxxxxxxx | **Location** Rhode Island - TFNE | **RI State Income Tax (Residence)** M1 |
| PROVIDENCE, RI 02907 | **Job** NE Line Operative | | **RI State Income Tax (Work)** M1 |
| USA | **Pay Rate** $16.5000 | **Department** NEPROD - NE Production | |
| | **Pay Frequency** Weekly | **Commodity Listing** NELN2 - NE Line 2 NEDIR - NE Direct Labor | |
| | | **Business Org** NEVEG - NE Veg | |

## Earnings

| Pay Type | Shf | Shift | Hours | Pay Rate | Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Holiday Pay | | | 0.0000 | $0.0000 | | | $0.00 | $508.00 |
| Incentive | | | 0.0000 | $0.0000 | | | $0.00 | $319.91 |
| NE NON PROD | | | 0.0000 | $0.0000 | | | $0.00 | $40.32 |
| Overtime | | | 0.0000 | $0.0000 | | | $0.00 | $6,997.97 |
| PTO | | | 0.0000 | $0.0000 | | | $0.00 | $660.00 |
| Regular Pay | EC | | 24.9000 | $16.5000 | | | $410.85 | $29,339.35 |
| Retro Pay | | | 0.0000 | $0.0000 | | | $0.00 | $1,636.15 |
| **Total Hours** | | | **24.9000** | | | | | |

## Deductions

| Deduction | Pre-Tax | Current | YTD |
|---|---|---|---|
| | **Employee** | | |
| No records found | | | |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $5.95 | $572.77 |
| Federal Income Tax | $0.00 | $1,469.89 |
| RI Disability Employee | $5.34 | $513.52 |
| RI State Income Tax | $14.69 | $1,452.31 |
| Social Security Employee Tax | $25.48 | $2,449.11 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Vacation | 0.0000 | 52.4000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx6758 | Checking | $359.39 |
| Total | | $359.39 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $410.85 | $410.85 | $51.46 | $0.00 | $359.39 |
| YTD | $39,501.70 | $39,501.70 | $6,457.60 | $0.00 | $33,044.10 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**UKG**

Taylor Farms New England
320 Commerce Park Rd.
North Kingstown, RI 02852

| Pay Statement | |
|---|---|
| Period Start Date | 12/18/2022 |
| Period End Date | 12/24/2022 |
| Pay Date | 12/30/2022 |
| Document | 62582 |
| Net Pay | $525.98 |

### Pay Details

| | | | |
|---|---|---|---|
| **JUANA GABRIEL GUTIERREZ**<br>121 WADSWORTH ST UNIT 3<br>PROVIDENCE, RI 02907<br>USA | **Employee Number** 431351<br>**SSN** xxxxxxxxx<br>**Job** NE Line Operative<br>**Pay Rate** $16.5000<br>**Pay Frequency** Weekly | **Pay Group** TFNE Weekly<br>**Location** Rhode Island - TFNE<br>**Department** NEPROD - NE Production<br>**Commodity Listing** NELN2 - NE Line 2<br>NEDIR - NE Direct Labor<br>**Business Org** NEVEG - NE Veg | **Federal Income Tax** U 0<br>**RI State Income Tax (Residence)** M1<br>**RI State Income Tax (Work)** M1 |

### Earnings

| Pay Type | Shf | Shift | Hours | Pay Rate | Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Bereavement | | | 0.0000 | $0.0000 | | | $0.00 | $396.00 |
| Bonus | | | 0.0000 | $0.0000 | | | $0.00 | $400.00 |
| Holiday Pay | | | 0.0000 | $0.0000 | | | $0.00 | $528.00 |
| Overtime | | | 0.0000 | $0.0000 | | | $0.00 | $2,679.69 |
| PTO | | | 0.0000 | $0.0000 | | | $0.00 | $1,320.00 |
| Regular Pay | EC | | 37.1800 | $16.5000 | | | $613.47 | $23,957.18 |
| **Total Hours** | | | 37.1800 | | | | | |

### Deductions

**Employee**

| Deduction | Pre-Tax | Current | YTD |
|---|---|---|---|
| No records found | | | |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $8.89 | $424.57 |
| Federal Income Tax | $11.54 | $737.22 |
| RI Disability Employee | $6.75 | $325.31 |
| RI State Income Tax | $22.28 | $1,076.32 |
| Social Security Employee Tax | $38.03 | $1,815.41 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Vacation | 1.5400 | 54.0200 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx6758 | Checking | $525.98 |
| Total | | $525.98 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $613.47 | $613.47 | $87.49 | $0.00 | $525.98 |
| YTD | $29,280.87 | $29,280.87 | $4,378.83 | $0.00 | $24,902.04 |

*Originally printed in English*

# ÜKG

Taylor Farms New England
320 Commerce Park Rd.
North Kingstown, RI 02852

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/17/2023 |
| Period End Date | 12/23/2023 |
| Pay Date | 12/29/2023 |
| Document | 76074 |

**Net Pay**    **$733.57**

## Pay Details

**JUANA GABRIEL GUTIERREZ**
121 WADSWORTH ST UNIT 3
PROVIDENCE, RI 02907
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 431351 | Pay Group | TFNE Weekly | |
| SSN | XXX-XX-XXXX | Location | Rhode Island - TFNE | |
| Job | NE Line Operative | Department | NEPROD - NE Production | |
| Pay Rate | $17.1600 | Commodity | NELN5 - NE Line 5 | |
| Pay Frequency | Weekly | Listing | NEDIR - NE Direct Labor | |
| | | Business Org | NEVEG - NE Veg | |

## Earnings

| Pay Type | Shf | Shift | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Bonus | | | 0.0000 | $0.0000 | $0.00 | $790.38 |
| Holiday Pay | | | 0.0000 | $0.0000 | $0.00 | $877.47 |
| Overtime | 1 | | 7.4000 | $25.7405 | $190.48 | $8,512.87 |
| PTO | | | 0.0000 | $0.0000 | $0.00 | $1,584.00 |
| Regular Pay | 1 | | 40.0000 | $17.1600 | $686.40 | $32,337.29 |

Total Hours  47.4000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| No records found | | | | | | |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $876.88 | $34.42 | $1,746.22 |
| Employee Medicare | $876.88 | $12.72 | $639.48 |
| Social Security Employee Tax | $876.88 | $54.36 | $2,734.32 |
| RI State Income Tax | $876.88 | $32.16 | $1,633.29 |
| RI Disability Employee | $876.88 | $9.65 | $485.12 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Vacation | 1.5400 | 38.1000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx6758 | Checking | $733.57 |
| Total | | $733.57 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $876.88 | $876.88 | $143.31 | $0.00 | $733.57 |
| YTD | $44,102.01 | $44,102.01 | $7,238.43 | $0.00 | $36,863.58 |

vsn 20230804

# ÜKG

Taylor Farms New England
320 Commerce Park Rd.
North Kingstown, RI 02852

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/15/2024 |
| Period End Date | 12/21/2024 |
| Pay Date | 12/27/2024 |
| Document | 85546 |

**Net Pay**    **$984.31**

## Pay Details

**JUANA GABRIEL GUTIERREZ**
121 WADSWORTH ST UNIT 3
PROVIDENCE, RI 02907
USA

| | |
|---|---|
| Employee Number | 431351 |
| SSN | XXX-XX-XXXX |
| Job | NE Line Operative |
| Pay Rate | $17.7606 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | TFNE Weekly |
| Location | Rhode Island - TFNE |
| Department | NEPROD - NE Production |
| Commodity | NELN6 - NE Line 6 |
| Listing | NEDIR - NE Direct Labor |
| Business Org | NEVEAS - NE Veg Assembly |

## Earnings

| Pay Type | Shf | Shift | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Bonus | | | 0.000000 | $0.0000 | $0.00 | $500.00 |
| Holiday Pay | | | 0.000000 | $0.0000 | $0.00 | $691.20 |
| Overtime | 1 | | 18.500000 | $26.6411 | $492.86 | $13,948.46 |
| PTO | | | 0.000000 | $0.0000 | $0.00 | $1,372.80 |
| Regular Pay | 1 | | 40.000000 | $17.7605 | $710.42 | $33,010.52 |

Total Hours   58.500000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| No records found | | | | | | |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,203.28 | $68.09 | $2,210.61 |
| Employee Medicare | $1,203.28 | $17.44 | $718.08 |
| Social Security Employee Tax | $1,203.28 | $74.60 | $3,070.42 |
| RI State Income Tax | $1,203.28 | $44.40 | $1,831.57 |
| RI Disability Employee | $1,203.28 | $14.44 | $594.28 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Vacation | 1.5400 | 38.1800 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx6758 | Checking | $984.31 |
| Total | | $984.31 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,203.28 | $1,203.28 | $218.97 | $0.00 | $984.31 |
| YTD | $49,522.98 | $49,522.98 | $8,424.96 | $0.00 | $41,098.02 |

vsn 20240308